UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
Court Minutes

CHAPTER: 13
DATE: November 4, 2013
JUDGE: G. Michael Halfenger
CASE NO.: 2013-27133
ADV NO.: 2013-02729
PLAINTIFF-DEBTOR: Donald Hansen
DEFENDANT: JPMorgan Chase Bank, N.A.
NATURE OF HEARING: Pre-trial conference (via telephone)
APPEARANCES: Anton Nickolai, appearing for plaintiff-debtor
COURTROOM DEPUTY: Amanda Sippel

    No answer or other response has been filed by the defendant. Mr. Nickolai will file and serve upon the defendant a motion for default judgment. In addition to serving the default judgment motion pursuant to Fed. R. Bankr. P. 7004, the court directed Mr. Nickolai to serve counsel for JPMorgan who filed the proof of claim in the main case.

    The court treated this hearing as, in part, a preliminary hearing on confirmation pursuant to 11 U.S.C. §1324. No action on confirmation was taken, but this hearing will be continued until such time as a chapter 13 plan is confirmed.